Stuart A. Hallam
PO Box 210996
Auke Bay, Ak 99821
Telephone: 907.209.8587
stuart@ltdalaska.net

*In pro per* as Relator

U.S. COURTS

AUG 1 8 2025

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* Stuart Hallam,<br><br>Plaintiff.<br><br>vs.<br><br>BRETT DEUTER, an individual; DEUTER CONSTRUCTION, LLC, an Idaho limited liability company; and ENLIGHTEN, LLC, an Idaho limited liability company dba Enlighten Construction Services and dba EnlightenHome,<br><br>Defendants. | Case No. 1:23-cv-00348<br><br>**NOTICE OF APPEARING**<br>***IN PRO PER,***<br>**AND MOTION TO ALLOW ELECTRONIC FILING ACCESS** |

Pursuant to this Court's 22 July 2025 ORDER, I hereby appear *in propria persona*, effective immediately.

Relator request that the Court grant NextGen CM/ECF electronic filing access. On 31 July, Relator had opened the required Pacer account and requested access, and was subsequently advised that for the U.S. Courts, District of Idaho, access required a motion. I reside out of state, and am frequently abroad, thus in person filing and filing by post are not suitable.

Oral argument is not requested, but additional information can be provided to the Court as needed. A proposed order is provided contemporaneously with this motion.

RESPECTFULLY SUBMITTED this 11th day August 2025.

By: _____
Stuart A. Hallam
*Pro se*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of August, 2025, I mailed the foregoing via USPS, to the Clerk of the Court 550 W. Fort Street, Suite 400, Boise ID 83724, and the following parties via the emails noted::

Michael Pogue
Gravis Law, PLLC (mpogue@gravislaw.com)
Attorney for Deuter Construction, LLC and Enlighten, LLC

Justin D. Whatcott
Robert Firpo (robert.Firpo@usdoj.gov)
William M. Humpries (bill.Humphries@usdoj.gov)
Assistant U.S. Attorney's Office Attorneys for United State of America