Stuart A. Hallam
PO Box 210996
Auke Bay, Ak 99821
Telephone: 907.209.8587
stuart@ltdalaska.net

*In pro per* as Relator

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* Stuart Hallam, | Case No. 1:23-cv-00348 |
| Plaintiff. | ***PROPOSED*** **ORDER GRANTING NEXTGEN CM/ECF FILING ACCESS** |
| vs. | |
| BRETT DEUTER, an individual; DEUTER CONSTRUCTION, LLC, an Idaho limited liability company; and ENLIGHTEN, LLC, an Idaho limited liability company dba Enlighten Construction Services and dba EnlightenHome, | |
| Defendants. | |

This Matter, having come before the Court on the Relator Stuart Hallam's Motion for NextGen CM/ECF filing access, and it appearing, upon the facts presented and for good cause shown, that the Motion should be granted,

IT IS HEREBY ORDERED that Relator is granted NextGen CM/ECF filing access in this matter.

DATED: _____

_____
Raymond E. Patricco
Chief U.S. Magistrate Judge