353 Nance Trail
Kirstanville, 43082

Clerk of the Court
550 W. Fort Street
Suite 400
Boise, ID 83724

COLUMBUS OH 430
11 AUG 2025 PM 2 L

AUG 18 REC'D

