UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* STUART HALLAM,<br><br>    Plaintiff,<br><br>    vs.<br><br>BRETT DEUTER, *an individual*, DEUTER CONSTRUCTION, LLC, *an Idaho limited liability company*; and ENLIGHTEN, LLC, *an Idaho limited liability company d/b/a Enlighten Construction Services and EnlightenHome*,<br><br>    Defendants. | Case No. 1:23-cv-00348-REP<br><br>**ORDER DENYING RELATOR'S MOTION FOR A WRIT OF EXECUTION WITHOUT PREJUDICE** |

Pending before the Court is Relator Stuart Hallam's Motion for a Writ of Execution (Dkt. 35). After the Motion was filed, the Court submitted the proposed writ to the United States Marshals Service for review. The Marshals Service informed the Court that the writ lacked sufficient detail to be executed. The Court emailed Mr. Hallam's counsel regarding this issue on June 3, 2025, and asked that counsel work with the Marshals Service to provide an updated writ with additional information about the bank accounts and real property that Mr. Hallam has asked the Marshals Service to seize. Mr. Hallam's counsel promised to confer with the United States Marshals Service and submit an amended writ.

On or around July 21,2025, before this project was complete, Mr. Hallam discharged his counsel. (Dkt. 45.) On July 22, 2025, the Court permitted Mr. Hallam's counsel to withdraw from the case. (Dkt. 46.) On August 18, 2025, Mr. Hallam filed a notice of intent to proceed pro

1

se.  Given this change in representation, the Court will deny Mr. Hallam's March 27, 2025 motion for a writ of execution without prejudice to re-filing.  This will give Mr. Hallam a chance to submit a renewed motion with any updates that may be appropriate.  It will also give Mr. Hallam a chance (i) to confer with the United States Marshals Service regarding the information that he needs to provide to the Court for the writ he is seeking to be executed and (ii) to submit an amended proposed writ including this information.

IT IS THEREFORE ORDERED THAT:

1. Relator Stuart Hallam's Motion for a Writ of Execution (Dkt. 35) is DENIED without prejudice to re-filing.

2. Before re-filing his motion for a writ of execution, Mr. Hallam shall confer with the United States Marshals Service regarding the information that needs to be included in the writ and shall provide that information to the Court along with his renewed motion.

3. Mr. Hallam may contact the United States Marshal's Service at:

   550 W. Fort Street
   Suite 777
   Boise, ID 83724
   (208) 202-3590

DATED: August 21, 2025

Raymond E. Patricco
Chief U.S. Magistrate Judge